**Criminal Case Cover Sheet**                                     **U.S. District Court - District of Massachusetts**

**Place of Offense:** DMA     **Category No.** II     **Investigating Agency** FBI

**City** Boston

**County** Suffolk

**Related Case Information:**
- Superseding Ind./Inf.: 24-cr-10190-AK    Case No.: ___
- Same Defendant: X    New Defendant: ___
- Magistrate Judge Case Number: ___
- Search Warrant Case Number: See Attached
- R 20/R 40 from District of: ___

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number See Attached    ☑ Yes   ☐ No

Defendant Name: GOTBIT CONSULTING LLC     Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: ___

Address: ___

Birth date (Yr only): ___   SSN (last 4#): ___   Sex: ___   Race: ___   Nationality: ___

**Defense Counsel if known:** ___    Address: ___

Bar Number: ___

**U.S. Attorney Information**

AUSA: Christopher J. Markham; David M. Holcomb    Bar Number if applicable: 685591; 694712

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: ___

**Victims:** ☑ Yes ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested    ☑ Regular Process    ☐ In Custody

**Location Status:** ___

**Arrest Date:** ___

☐ Already in Federal Custody as of ___ in ___.
☐ Already in State Custody at ___ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: ___ on ___

**Charging Document:** ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:** ☐ Petty ___    ☐ Misdemeanor ___    ☑ Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 10/31/2024     Signature of AUSA: */s/ David M. Holcomb*

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant** GOTBIT CONSULTING LLC

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy to Commit Market Manipulation and Wire Fraud | 1 |
| Set 2 | 18 U.S.C. § 1343 | Wire Fraud | 2-3 |
| Set 3 | 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461 | Forfeiture Allegation | --- |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

**Related Cases**

- 23-cr-10135-AK  (Max Hernandez)
- 23-cr-10325-AK (Michael Thompson)
- 24-cr-10014-AK (Russell Armand)
- 24-cr-10137-AK (Vy Pham)
- 24-cr-10187-AK (ZM Quant; Eric Ou; Ricky Lau)
- 24-cr-10188-AK (Bradley Beatty)
- 24-cr-10189-AK (Manpreet Kohli; Nam Tran; Haroon Mohsini)
- 24-cr-10190-AK (Gotbit Consulting; Fedor Kedrov; Qawi Jalili)
- 24-cr-10293-AK (CLS Global FZC LLC; Andrey Zhorzhes)
- 24-cr-10312-AK (David Zhou)

**Search Warrants**

- 23-mj-6501-MPK
- 23-mj-6502-MPK
- 23-mj-6503-MPK
- 23-mj-6504-MPK
- 23-mj-5553-JGD
- 23-mj-6601-MPK
- 23-mj-6602-MPK
- 23-mj-6603-MPK
- 23-mj-6604-MPK
- 23-mj-6605-MPK
- 23-mj-6606-MPK
- 24-mj-6194-MPK
- 24-mj-6195-MPK
- 24-mj-1363 (CDCA)
- 24-mj-4086-DHH
- 24-mj-4087-DHH
- 24-mj-6654-MPK
- 24-MJ-132 (New York)
- 24-mj-6893-MPK

**Criminal Case Cover Sheet**          **U.S. District Court - District of Massachusetts**

**Place of Offense:** DMA    **Category No.** II    **Investigating Agency** FBI
**City** Boston
**County** Suffolk

**Related Case Information:**
Superseding Ind./ Inf.: 24-cr-10190-AK    Case No.: ___
Same Defendant: ___    New Defendant: X
Magistrate Judge Case Number: 24-mj-6849-MPK
Search Warrant Case Number: See Attached
R 20/R 40 from District of: ___

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number: See Attached    [✓] Yes [ ] No

**Defendant Information:**
Defendant Name: ALEKSEI ANDRIUNIN    Juvenile: [ ] Yes [✓] No
Is this person an attorney and/or a member of any state/federal bar: [ ] Yes [✓] No
Alias Name: Alex Andryunin
Address: Russia / Portugal
Birth date (Yr only): 1998    SSN (last 4#): ___    Sex: M    Race: ___    Nationality: Russian

**Defense Counsel if known:** ___    Address: ___
Bar Number: ___

**U.S. Attorney Information**
AUSA: Christopher J. Markham; David M. Holcomb    Bar Number if applicable: 685591; 694712

Interpreter: [✓] Yes [ ] No    List language and/or dialect: Russian
Victims: [✓] Yes [ ] No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) [✓] Yes [ ] No
Matter to be SEALED: [ ] Yes [✓] No

[✓] Warrant Requested    [ ] Regular Process    [ ] In Custody
**Location Status:** Detained in Portugal
**Arrest Date:** 10/08/2024

[ ] Already in Federal Custody as of ___ in ___.
[ ] Already in State Custody at ___ [ ] Serving Sentence [ ] Awaiting Trial
[ ] On Pretrial Release: Ordered by: ___ on ___

**Charging Document:** [ ] Complaint [ ] Information [✓] Indictment
**Total # of Counts:** [ ] Petty ___ [ ] Misdemeanor ___ [✓] Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

[✓] I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 10/31/2024    Signature of AUSA: /s/ David M. Holcomb

JS 45 (5/97)   (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   ALEKSEI ANDRIUNIN

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy to Commit Market Manipulation and Wire Fraud | 1 |
| Set 2 | 18 U.S.C. § 1343 | Wire Fraud | 2-3 |
| Set 3 | 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461 | Forfeiture Allegation | --- |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013

**Related Cases**

- 23-cr-10135-AK  (Max Hernandez)
- 23-cr-10325-AK (Michael Thompson)
- 24-cr-10014-AK (Russell Armand)
- 24-cr-10137-AK (Vy Pham)
- 24-cr-10187-AK (ZM Quant; Eric Ou; Ricky Lau)
- 24-cr-10188-AK (Bradley Beatty)
- 24-cr-10189-AK (Manpreet Kohli; Nam Tran; Haroon Mohsini)
- 24-cr-10190-AK (Gotbit Consulting; Fedor Kedrov; Qawi Jalili)
- 24-cr-10293-AK (CLS Global FZC LLC; Andrey Zhorzhes)
- 24-cr-10312-AK (David Zhou)

**Search Warrants**

- 23-mj-6501-MPK
- 23-mj-6502-MPK
- 23-mj-6503-MPK
- 23-mj-6504-MPK
- 23-mj-5553-JGD
- 23-mj-6601-MPK
- 23-mj-6602-MPK
- 23-mj-6603-MPK
- 23-mj-6604-MPK
- 23-mj-6605-MPK
- 23-mj-6606-MPK
- 24-mj-6194-MPK
- 24-mj-6195-MPK
- 24-mj-1363 (CDCA)
- 24-mj-4086-DHH
- 24-mj-4087-DHH
- 24-mj-6654-MPK
- 24-MJ-132 (New York)
- 24-mj-6893-MPK

**Criminal Case Cover Sheet**  **U.S. District Court - District of Massachusetts**

**Place of Offense:** DMA  **Category No.** II  **Investigating Agency** FBI

**City** Boston  
**County** Suffolk

**Related Case Information:**  
Superseding Ind./ Inf.: 24-cr-10190-AK  Case No.: ___  
Same Defendant: X   New Defendant: ___  
Magistrate Judge Case Number: ___  
Search Warrant Case Number: See Attached  
R 20/R 40 from District of: ___

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number See Attached  ☑ Yes  ☐ No

**Defendant Information:**  
Defendant Name: Fedor Kedrov   Juvenile: ☐ Yes ☑ No  
Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No  
Alias Name: ___  
Address: Russia  
Birth date (Yr only): ___  SSN (last 4#): ___  Sex: M  Race: ___  Nationality: ___

**Defense Counsel if known:** ___   Address: ___  
Bar Number: ___

**U.S. Attorney Information**  
AUSA: Christopher J. Markham; David M. Holcomb   Bar Number if applicable: 685591; 694712

**Interpreter:** ☑ Yes  ☐ No   List language and/or dialect: Russian

**Victims:** ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☑ Yes  ☐ No

**Matter to be SEALED:** ☐ Yes  ☑ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:** Lives in Russia

**Arrest Date:** ___

☐ Already in Federal Custody as of ___ in ___.  
☐ Already in State Custody at ___ ☐ Serving Sentence  ☐ Awaiting Trial  
☐ On Pretrial Release:   Ordered by: ___ on ___

**Charging Document:** ☐ Complaint  ☐ Information  ☑ Indictment  
**Total # of Counts:** ☐ Petty ___  ☐ Misdemeanor ___  ☑ Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 10/31/2024   Signature of AUSA: /s/ David M. Holcomb

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**  Fedor Kedrov

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy to Commit Market Manipulation and Wire Fraud | 1 |
| Set 2 | 18 U.S.C. § 1343 | Wire Fraud | 2-3 |
| Set 3 | 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461 | Forfeiture Allegation | --- |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

**Related Cases**

- 23-cr-10135-AK  (Max Hernandez)
- 23-cr-10325-AK (Michael Thompson)
- 24-cr-10014-AK (Russell Armand)
- 24-cr-10137-AK (Vy Pham)
- 24-cr-10187-AK (ZM Quant; Eric Ou; Ricky Lau)
- 24-cr-10188-AK (Bradley Beatty)
- 24-cr-10189-AK (Manpreet Kohli; Nam Tran; Haroon Mohsini)
- 24-cr-10190-AK (Gotbit Consulting; Fedor Kedrov; Qawi Jalili)
- 24-cr-10293-AK (CLS Global FZC LLC; Andrey Zhorzhes)
- 24-cr-10312-AK (David Zhou)

**Search Warrants**

- 23-mj-6501-MPK
- 23-mj-6502-MPK
- 23-mj-6503-MPK
- 23-mj-6504-MPK
- 23-mj-5553-JGD
- 23-mj-6601-MPK
- 23-mj-6602-MPK
- 23-mj-6603-MPK
- 23-mj-6604-MPK
- 23-mj-6605-MPK
- 23-mj-6606-MPK
- 24-mj-6194-MPK
- 24-mj-6195-MPK
- 24-mj-1363 (CDCA)
- 24-mj-4086-DHH
- 24-mj-4087-DHH
- 24-mj-6654-MPK
- 24-MJ-132 (New York)
- 24-mj-6893-MPK

**Criminal Case Cover Sheet**  **U.S. District Court - District of Massachusetts**

| | | |
|---|---|---|
| **Place of Offense:** DMA | **Category No.** II | **Investigating Agency** FBI |
| **City** Boston | **Related Case Information:** | |
| **County** Suffolk | Superseding Ind./ Inf. 24-cr-10190-AK | Case No. _____ |
| | Same Defendant X | New Defendant _____ |
| | Magistrate Judge Case Number _____ | |
| | Search Warrant Case Number See Attached | |
| | R 20/R 40 from District of _____ | |

**Defendant Information:**
Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number See Attached  ☑ Yes  ☐ No

Defendant Name: Qawi Jalili  Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: Kavi JLL

Address: Russia

Birth date (Yr only): ___  SSN (last 4#): ___  Sex: M  Race: ___  Nationality: ___

**Defense Counsel if known:** _____  Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA: Christopher J. Markham; David M. Holcomb  Bar Number if applicable: 685591; 694712

**Interpreter:** ☑ Yes  ☐ No   List language and/or dialect: Russian

**Victims:** ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☑ Yes  ☐ No

**Matter to be SEALED:** ☐ Yes  ☑ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:** Lives in Russia

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:** ☐ Complaint  ☐ Information  ☑ Indictment

**Total # of Counts:** ☐ Petty ___  ☐ Misdemeanor ___  ☑ Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 10/31/2024   Signature of AUSA: /s/ David M. Holcomb

JS 45 (5/97) (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Qawi Jalili

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy to Commit Market Manipulation and Wire Fraud | 1 |
| Set 2 | 18 U.S.C. § 1343 | Wire Fraud | 2-3 |
| Set 3 | 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461 | Forfeiture Allegation | --- |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

[blank box]

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013

**Related Cases**

- 23-cr-10135-AK  (Max Hernandez)
- 23-cr-10325-AK (Michael Thompson)
- 24-cr-10014-AK (Russell Armand)
- 24-cr-10137-AK (Vy Pham)
- 24-cr-10187-AK (ZM Quant; Eric Ou; Ricky Lau)
- 24-cr-10188-AK (Bradley Beatty)
- 24-cr-10189-AK (Manpreet Kohli; Nam Tran; Haroon Mohsini)
- 24-cr-10190-AK (Gotbit Consulting; Fedor Kedrov; Qawi Jalili)
- 24-cr-10293-AK (CLS Global FZC LLC; Andrey Zhorzhes)
- 24-cr-10312-AK (David Zhou)

**Search Warrants**

- 23-mj-6501-MPK
- 23-mj-6502-MPK
- 23-mj-6503-MPK
- 23-mj-6504-MPK
- 23-mj-5553-JGD
- 23-mj-6601-MPK
- 23-mj-6602-MPK
- 23-mj-6603-MPK
- 23-mj-6604-MPK
- 23-mj-6605-MPK
- 23-mj-6606-MPK
- 24-mj-6194-MPK
- 24-mj-6195-MPK
- 24-mj-1363 (CDCA)
- 24-mj-4086-DHH
- 24-mj-4087-DHH
- 24-mj-6654-MPK
- 24-MJ-132 (New York)
- 24-mj-6893-MPK